UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 9, 2005

No. 05-239
CR-97-299

In Re: JAMES EDWARD THOMAS

Movant

FILED
CHARLOTTE, N. C.

MAY 1 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

---------
O R D E R
---------

Movant has filed a motion pursuant to 28 U.S.C. Section 2244

for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Shedd with the

concurrence of Judge Luttig and Judge Motz.

For the Court,

/s/ Patricia S. Connor
_____
CLERK