# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 3:97CR00299-001 |
| JAMES EDWARD THOMAS ) | USM No: 13337-058 |
| ) | |
| Date of Previous Judgment: May 5, 1999 ) | Steven Meier |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ■ **DENIED.**   ❒ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 35        Amended Offense Level: 35
Criminal History Category: IV        Criminal History Category: IV
Previous Guideline Range: 235 to 293 months        Amended Guideline Range: 235 to 293 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):   Amendment 706 provides no reduction for cocaine base amounts of 4.5 kilograms or more and this case involves six kilograms of cocaine base. Contrary to Defendant's counsel's representations in the motion, the Court file reflects that Defendant was held accountable for 6 kilos of cocaine base.

**III. ADDITIONAL COMMENTS**



Except as provided above, all provisions of the judgment dated   May 5, 1999   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   March 3, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge